**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00752-CV

————————

### RAYMOND L. BROOKS, Appellant

### V.

### GOODYEAR TIRE & RUBBER CO., Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2010-39442**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 29, 2011. On January 27, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.